```
IN THE UNITED STATES DISTRICT COURT FOR THE
            EASTERN DISTRICT OF OKLAHOMA
```

CHRISTOPHER D. HUSBAND,            )
                                   )
            Plaintiff,             )
                                   )
                                   ) No. Civ-05-285-S
VS.                                )
                                   )
MICHAEL J. ASTRUE,   Commissioner, )
Social Security Administration,    )
                                   )
            Defendant.             )

### ORDER AND OPINION

On February 16, 2007, the United States Magistrate Judge for this district entered Findings and Recommendations in the above referenced case. No objections have been filed to this report and the time has passed for filing such objections.

IT IS THEREFORE ORDERED that the Findings and Recommendations of the Magistrate Judge entered February 16, 2007, are hereby **accepted.**

IT IS FURTHER ORDERED THAT the decision of the Administrative Law Judge is hereby **REVERSED** and this case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. Sec. 405 (g) to the Administrative Law Judge for further proceedings consistent with this order.

**IT IS SO ORDERED** this 29th day of March 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma